858

No. 83–5132. LOZANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5133. DOYLE v. DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–5134. KLAYER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5135. MENICHINO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5136. McMURTREY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 83–5137. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–5138. MENKES v. CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 83–5139. RUNTE v. HUNTER, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 83–5142. FISHER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–5143. HOLLAND v. GUEST QUARTERS. C. A. 4th Cir. Certiorari denied.

No. 83–5144. AARON v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 83–5150. DEAL v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–5152. WILLIAMS ET AL. v. AIR TRANSPORT UNION LOCAL NO. 504 ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–5155. GORDON v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5157. EDWARDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.